UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM G. ARMINGTON, M.D. | * | CIVIL ACTION |
| | * | NO. 09-6785 |
| VERSUS | * | SECTION "F" |
| | * | HON. MARTIN L.C. FELDMAN |
| SHERI FINK, M.D.; PROPUBLICA, INC. and THE NEW YORK TIMES COMPANY | * | |
| | * | MAG. JUDGE "3" |
| | * | HON. DANIEL E. KNOWLES, III |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT through undersigned counsel come Defendants Sheri Fink, M.D., Propublica, Inc., and The New York Times Company, and file this motion for extension of time to file responsive pleadings. In support of this motion, Defendants state as follows:

1.

Plaintiff filed the instant suit on October 13, 2009. On October 22, 2009, Plaintiff filed with this Court three (3) documents purporting to be proof of Plaintiff's service of process on each of three (3) Defendants.

1

2.

Counsel for Defendants, believing the service to be noncompliant with the Federal Rules of Civil Procedure, attempted to contact Plaintiff's counsel to discuss the matter. After failing to reach Plaintiff's counsel, counsel filed with this Court, on November 9, 2009, an Ex Parte Motion for Extension of Time to File Responsive Pleadings that preserved any and all objections to jurisdiction, service, and venue. That Motion was granted by this Court.

3.

Counsel for the Defendants subsequently reached Plaintiff's counsel and the parties agreed that Defendants will waive their objections to any insufficiencies in Plaintiff's service of process in exchange for Plaintiff's agreement to file responsive pleadings within sixty (60) days.

4.

Also in that conversation, counsel for Defendants and Plaintiff agreed to meet and confer during the 60-day period regarding whether any of the issues raised in Plaintiff's Complaint can be amicably resolved.

WHEREFORE, in the light of the foregoing Defendants respectfully request that this Court grant them an extension of time to respond to the Complaint filed against them through and including January 22, 2010.

291625v.1

       Respectfully submitted,

       */s/ Loretta G. Mince*
       James R. Swanson, 18455
       Loretta G. Mince, 25796
       FISHMAN HAYGOOD PHELPS
        WALMSLEY WILLIS & SWANSON, L.L.P.
       201 St. Charles Avenue, 46th Floor
       New Orleans, Louisiana 70170-4600
       Telephone: (504) 586-5252
       Facsimile: (504) 586-5250
       lmince@fishmanhaygood.com

       Attorneys for Sheri Fink, M.D.; Propublica, Inc.
       and The New York Times Company

## **CERTIFICATE**

I hereby certify that on November 25, 2009, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

       */s/Loretta G. Mince*

291625v.1