UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM G. ARMINGTON, M.D. | * | CIVIL ACTION |
| | * | NO. 09-6785 |
| VERSUS | * | SECTION "F" |
| | * | HON. MARTIN L.C. FELDMAN |
| SHERI FINK, M.D.; PROPUBLICA, INC. | * | |
| and THE NEW YORK TIMES COMPANY | * | |
| | * | MAG. JUDGE "3" |
| | * | HON. DANIEL E. KNOWLES, III |

## ORDER

**CONSIDERING** the foregoing Consent Motion for Extension of Time to File Responsive Pleadings of Defendants Sheri Fink, M.D., Propublica, Inc. and The New York Times Company:

**IT IS HEREBY ORDERED THAT** Defendants Sheri Fink, M.D., Propublica, Inc., and The New York Times Company are hereby granted through January 22, 2010, within which to file a responsive pleading in this matter.

New Orleans, Louisiana this 1st day of December, 2009.

_____
U.S. DISTRICT JUDGE

4

291625v.1